# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP R. HUBACEK, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ON SEMICONDUCTOR CORPORATION, HASSANE EL-KHOURY, THAD TRENT, and SIMON KEETON,<br><br>    Defendants. | Case No.: 23-cv-1429-GBW |

## MOTION OF JEFFERY S. LEW FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

**PLEASE TAKE NOTICE** that Jeffery S. Lew ("Movant") hereby moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") for the entry of an Order: (1) appointing Movant as Lead Plaintiff in the above-captioned action (the "Action") on behalf of all persons or entities that purchased or otherwise acquired shares of ON Semiconductor Corporation ("onsemi" or the "Company") common stock between May 1, 2023, and October 27, 2023, inclusive (the "Class Period"); (2) approving Lead Plaintiff's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel and Farnan LLP ("Farnan") as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Movant, as the proposed Lead Plaintiff, has timely filed his motion and, pursuant to the PSLRA, believes that he has the largest financial interest in the outcome of the case. Movant meets the requirements of the PSLRA and Rule 23 of the Federal Rules of Civil Procedure in that his claims are typical of the claims of the Class, and he will fairly and adequately represent the interests of the Class. The proposed Lead Plaintiff's choice of counsel should be accepted by this Court because selected counsel are nationally recognized firms with extensive experience and expertise in class actions under the securities laws. In further support of his motion, Movant relies on the accompanying Memorandum of Law and the Declaration of Brian E. Farnan and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court. A Proposed Order is annexed hereto.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) appoint Levi & Korsinsky as Lead Counsel and Farnan as Liaison Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: February 12, 2024          Respectfully Submitted,

**FARNAN LLP**

By: */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
        mfarnan@farnanlaw.com

*Liaison Counsel for Jeffery S. Lew and [Proposed] Lead Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
(*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Jeffery S. Lew and [Proposed] Lead Counsel for the Class*