IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP R. HUBACEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ON SEMICONDUCTOR CORPORATION, HASSANE EL-KHOURY, THAD TRENT, and SIMON KEETON,<br><br>Defendants. | C.A. No.  1:23-cv-01429-GBW<br><br>Hon. Judge Gregory B. Williams<br><br>CLASS ACTION |

**DECLARATION OF RYAN M. ERNST IN SUPPORT OF MOTION OF JESSICA BERLINER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Ryan M. Ernst, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware and am admitted to practice before this Court.  I am an attorney at the law firm of Bielli & Klauder, LLC ("Bielli & Klauder"), proposed Liaison Counsel for the class.  I submit this declaration in support of the motion filed by Jessica Berliner ("Berliner") for appointment as Lead Plaintiff and approval of her selection of Pomerantz LLP ("Pomerantz") to serve as Lead Counsel for the class and Bielli & Klauder to serve as Liaison Counsel for the class.  I have personal knowledge of the facts stated in

1

this declaration and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Berliner's financial interest in this litigation; |
| Exhibit B: | Press release published over *Globe Newswire* on December 13, 2023, announcing the pendency of the above-captioned action; |
| Exhibit C: | Shareholder Certification executed by Berliner; |
| Exhibit D: | Declaration executed by Berliner; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Bielli & Klauder. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 12, 2024, at Wilmington, Delaware.

*/s/ Ryan M. Ernst*
Ryan M. Ernst

2