# EXHIBIT A

**ON Semiconductor Corporation (ON)**
**Class Period: May 1, 2023 to October 27, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $74.2856 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jessica Berliner | | | | | Preclass | 150 | | | | | | |
| Jessica Berliner | 5/10/2023 | 100 | $79.9514 | ($7,995) | 11/16/2023 | (850) | $69.4800 | $59,058 | | | | |
| Jessica Berliner | 6/27/2023 | 100 | $88.6100 | ($8,861) | | | | | | | | |
| Jessica Berliner | 8/2/2023 | 100 | $103.3450 | ($10,335) | | | | | | | | |
| Jessica Berliner | 10/3/2023 | 100 | $89.3927 | ($8,939) | | | | | | | | |
| Jessica Berliner | 10/13/2023 | 100 | $89.0400 | ($8,904) | | | | | | | | |
| Jessica Berliner | 10/13/2023 | 200 | $89.0499 | ($17,810) | | | | | | | | |
| **Jessica Berliner** | | **700** | | **($62,844)** | | **(850)** | | **$59,058** | **700** | **0** | **$0** | **($14,208)** |

*Avg Closing Prices from October 30, 2023 to January 26, 2024