**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHILIP R. HUBACEK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>ON SEMICONDUCTOR CORPORATION, HASSANE EL-KHOURY, THAD TRENT, and SIMON KEETON,<br><br>      Defendants. | Case No.: 23-cv-1429-GBW |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF JEFFERY S. LEW'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Brian E. Farnan, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Farnan LLP, proposed Liaison Counsel for lead plaintiff movant Jeffery S. Lew ("Movant"). I respectfully submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of selection counsel for the Class.

2.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:   PSLRA Certification signed by Movant attesting to his transactions of ON Semiconductor Corporation ("onsemi" or the "Company") common stock;

**Exhibit B**:   Loss Chart reflecting the losses incurred by Movant as a result of his transactions in onsemi common stock;

**Exhibit C**:   Press Release published December 13, 2023, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Hubacek v. ON Semiconductor Corporation, et. al.,* Case No. 1:23-cv-01429-GBW;

**Exhibit D**:     Declaration signed by Movant in support of his lead plaintiff motion;

**Exhibit E**:     Firm Résumé of Levi & Korsinsky, LLP, proposed Lead Counsel for the

Class; and

**Exhibit F**:     Firm Résumé of Farnan LLP, proposed Liaison Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: February 12, 2024


*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)