# EXHIBIT B

| | |
|---|---|
| **Client Name** | Jeffery S. Lew |
| **Company Name** | ON Semiconductor Corporation |
| **Ticker Symbol** | ON |
| **Security Type** | |
| **Class Period Start** | 05-01-2023 |
| **Class Period End** | 10-27-2023 |
| **90-DAY Lookback Period Start** | 10-28-2023 |
| **90-DAY Lookback Period End** | 01-25-2024 |
| **90-DAY Lookback Average** | $ 74.33 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $186,715.00 |
| **DURA LIFO\* Total** | $186,715.00 |
| **Gross Shares Purchased** | 10,000 |
| **Net Shares Retained** | 10,000 |
| **Net Funds Expended** | $930,000.00 |

Jeffery S. Lew

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO\*** |
| 08-16-2023 | 10000 | 93 | $ 930,000.00 | | | | | | - | 10000 | 10000 | $ 74.33 | $ 743,285.00 | $ 186,715.00 | $ 186,715.00 |
| **Total:** | **10,000** | | **$930,000.00** | | | | | | | **10,000** | **10,000** | | **$743,285.00** | **$186,715.00** | **$186,715.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.