**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| PHILIP R. HUBACEK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ON SEMICONDUCTOR CORPORATION, HASSANE EL-KHOURY, THAD TRENT, and SIMON KEETON, <br><br> Defendants. | Case No. 1:23-cv-01429-GBW |

**DECLARATION OF JOHN C. PHILLIPS, JR. IN SUPPORT OF MOTION OF AINUL HUDA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, John C. Phillips, Jr., hereby declare as follows:

1.      I am a partner with the law firm of Phillips, McLaughlin & Hall, P.A., Liaison Counsel for Lead Plaintiff Movant Ainul Huda ("Huda") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of Huda's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:   Press release published December 13, 2023 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:   Signed PSLRA Certification of Huda;

Exhibit C:   Analysis of Huda's financial interest; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of February 2024.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr.

1