# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

ON Semiconductor Corporation, SECURITIES LITIGATION

I,          Ainul Huda                    , certify:

1. I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2. I did not purchase ON Semiconductor Corporation, the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in ON Semiconductor Corporation, during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: _____  1/18/2024

DocuSigned by:

*Ainul Huda*
C9CFC95F586A49A...
_____

Ainul Huda

**Ainul Huda's Transactions in ON Semiconductor Corporation (ON)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/1/2023 | Bought | 200 | $107.8450 |
| 8/3/2023 | Bought | 100 | $102.1800 |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/3/2023 | Bought | 250 | $101.8000 |