# EXHIBIT C

## Financial Interest Analysis

**Company Name:** ON Semiconductor Corporation
**Ticker:** ON
**Class Period:** May 1, 2023 to October 27, 2023
**Name:** Ainul Huda

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/1/2023 | 200 | $107.8450 | -$21,569.0000 | | $0.0000 | -$21,569.00 |
| 8/3/2023 | 100 | $102.1800 | -$10,218.0000 | | $0.0000 | -$10,218.00 |
| 12/21/2023 | -300 | | $0.0000 | $82.8800 | $24,864.0000 | $24,864.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$6,923.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $74.2856 | 0 | **Account 1 Total:** | **-$6,923.00** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/3/2023 | 250 | $101.8000 | -$25,450.0000 | | $0.0000 | -$25,450.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **250** | | | | **Subtotal:** | **-$25,450.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $18,571.39 |
| | | | $74.2856 | 250 | **Account 2 Total:** | **-$6,878.61** |
| | | | | | **Combined Total:** | **-$13,801.61** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between October 30, 2023 and January 26, 2024.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.