## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP R. HUBACEK, Individually and on Behalf of All Others Similarly Situated, | Case No.: 23-cv-1429-GBW |
| Plaintiff, | |
| v. | |
| ON SEMICONDUCTOR CORPORATION, HASSANE EL-KHOURY, THAD TRENT, and SIMON KEETON, | |
| Defendants. | |

## JOINT STIPULATION TO (1) ACCEPT SERVICE AND (2) TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA PURSUANT TO 28 U.S.C. § 1404(A)

The Court-appointed Lead Plaintiff Jeffrey S. Lew and Defendants ON Semiconductor Corporation (the "Company"), Hassane El-Khoury ("El-Khoury"), Thad Trent ("Trent"), and Simon Keeton ("Keeton") (collectively "Defendants") appear by and through counsel and hereby enter into this Joint Stipulation To (1) Accept Service and (2) Transfer Venue from this Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1404(a).

A.  On December 13, 2023, this putative securities class action was filed in this Court against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") (ECF No. 1). The complaint alleges that Defendants made false or misleading statements about the Company's business or prospects between May 1, 2023 and October 27, 2023. Prior to this Stipulation, Defendants were not served by the plaintiff who initiated the litigation.

B.    On February 29, 2024, this Court appointed Jeffrey S. Lew as Lead Plaintiff and Levi Korsinsky as Lead Counsel to litigate this case on behalf of the purported class pursuant to the provisions of the Private Securities Litigation Reform Act, 15 U.S.C. §§ 77z-1(a)(3) and 78u-4(a)(3).

C.    The Company is incorporated in Delaware, but maintains its headquarters in Scottsdale, Arizona.  Defendants contend that the relevant decision-making concerning the allegedly false and/or misleading statements took place at the Company's Scottsdale headquarters.

D.    No party to this action resides in Delaware. Plaintiff resides in Nevada. Defendants El-Khoury, Trent, and Keeton all work at and maintain their principal offices at the Company's headquarters in Scottsdale, Arizona. Defendants Trent and Keeton reside in the Phoenix area near the Company's Scottsdale headquarters, while Defendant El-Khoury resides in Texas.

E.    Most of the likely witnesses work from or reside near the Company's headquarters. Relevant documentary evidence is also maintained at the Company's headquarters.

F.    None of the complained-of acts were undertaken in Delaware. The parties are not presently aware of any documentary evidence located in Delaware.  The parties are not presently aware of any relevant witnesses who reside in Delaware.

G.    This action could have been brought in the District of Arizona because venue for a federal securities class action is proper in any district wherein "the defendant is found or is an inhabitant or transacts business" or in a "judicial district in which any defendant resides," or a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred," 15 U.S.C. § 78aa; 28 U.S.C. § 1391(b)(1) & (b)(2).

H.    The "individualized, case-by-case consideration[s] of convenience and fairness"[1] indicate that a transfer to the District of Arizona would be more convenient for the parties and witnesses and would better serve the interests of justice, fulfilling the fundamental purpose of 28 U.S.C. § 1404(a).

---

[1] *Stewart Org., Inc. v. Ricoh Corp.*, 487 US 22, 29 (1988).

I.      It is common to transfer litigation to the district of a corporate defendant's headquarters (even where the corporation is incorporated in Delaware). *See, e.g., Paycom Software, Inc. v. Travelers Casualty & Sur. Co. of Am.*, No. CV 21-01403-CFC, 2022 WL 1063845, at *1 (D. Del. Apr. 8, 2022) (transferring case to Oklahoma where defendant corporation was headquartered); *Ramsey Asset Mgmt., LLC v. Standard Ins. Co.*, No. CV 23-453-CFC, 2023 WL 7128663, at *1 (D. Del. Oct. 30, 2023) (transferring to Virginia where defendant corporation was headquartered); *Rockwell Automation, Inc. v. EU Automation, Inc.*, No. CV 21-1162 (MN), 2022 WL 15447159, at *1 (D. Del. Oct. 27, 2022) (transferring to Illinois where defendant corporation was headquartered). When a securities class action complaint is filed (as here) in a district other than where the corporate defendant is headquartered, transfer under 28 U.S.C. § 1404(a) is considered "routine." *In re Yahoo! Inc.*, Nos. 07-CV-3125-CAS, 07-CV-3902-CAS, 2008 WL 707405, at *9 (C.D. Cal. Mar. 10, 2008).

J.      On March 6, 2024, counsel for the parties met and conferred to discuss next steps in this case, including acceptance of service and transferring venue. The parties have agreed that Defendants will accept service of the Complaint and Summons and that venue should be transferred to the United States District Court for the District of Arizona.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL THAT:**

1.      Defendants agree to accept service of process of the Complaint and Summons.

2.      This action shall be transferred to the United States District Court for the District of Arizona.

3.      This Stipulation is entered into without prejudice and without waiver of any of the parties' claims, arguments, rights, defenses, objections, or arguments in this matter or any other matters, except with respect to (a) the propriety and convenience of venue in the District of Arizona and (b) personal jurisdiction in the District of Arizona for this matter.

4.      Upon entry of the Order, the clerk of the Court shall take all necessary steps to transfer this action to the District of Arizona forthwith.

Dated: March 15, 2024

Respectfully submitted,

**FARNAN LLP**

/s/ *Brian E. Farnan*

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Liaison Counsel for Jeffery S. Lew and
the Proposed Class

LEVI & KORSINSKY, LLP
Shannon L. Hopkins (pro hac vice
forthcoming)
Gregory M. Potrepka (pro hac vice
forthcoming)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

Lead Counsel for Jeffery S. Lew and
the Proposed Class

**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**

By:
/s/ *Jenness Parker*

Jenness Parker (ID No. 4659)
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000

**OF COUNSEL:**

Mark R. S. Foster
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**

4

525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4580

*Attorneys for Defendants ON Semiconductor*
*Corp., Hassane El Khoury, Thad Trent, and*
*Simon Keeton*

IT IS SO ORDERED this ____ day of March, 2024.

_____
The Honorable Gregory B. Williams