# United States District Court

**District of Arizona**
**Office of the Clerk**



| | | |
|---|---|---|
| **Debra D. Lucas** | | **Shannon Shoulders** |
| District Court Executive/Clerk of Court | | Chief Deputy Clerk |
| Sandra Day O'Connor U. S. Courthouse, Suite 130 | | Sandra Day O'Connor U. S. Courthouse, Suite 130 |
| 401 West Washington Street, SPC 1 | | 401 West Washington Street, SPC 1 |
| Phoenix, Arizona 85003-2118 | | Phoenix, Arizona 85003-2118 |

**Lenore Benoit**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

March  20, 2024

To: All Parties/Counsel of Record

**Re:   Hubacek, et al., v. ON Semiconductor Corporation, et al.,**
**1:23-cv-1429-GBW**

Dear Parties/Counsel of Record:

The above mentioned cause of action has been received in this district and has been assigned to the Honorable Eileen S. Willett for all further proceedings.  All future pleadings should now list the following complete case number:  **CV-24-00594-PHX-ESW.**

If any documents have been filed in the Delaware since the transfer of this case, please arrange with the Clerk there to send them to this office for filing.

Sincerely,

**DEBRA D. LUCAS, DCE/CLERK**

By: <u>s/M. Pruneau</u>
    Deputy Clerk