# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Philip R Hubacek, et al., | No. CV-24-00594-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| ON Semiconductor Corporation, et al., | |
| Defendants. | |

The Court having considered the Joint Stipulation Setting a Schedule for Lead Plaintiff's Filing of an Amended Complaint and All Briefing Associated with any Motion(s) to Dismiss (Doc. 28) and finding good cause for adopting the proposed schedule,

**IT IS HEREBY ORDERED** that:

a.   Lead Plaintiff shall file his amended complaint on May 31, 2024.

b.   Defendants shall file their motion to dismiss on July 30, 2024.

c.   Lead Plaintiff shall file his opposition brief by September 30, 2024.

d.   Defendants shall file their reply brief on October 30, 2024.

Dated this 3rd day of April, 2024.

Honorable Susan M. Brnovich
United States District Judge