LEVI & KORSINSKY, LLP
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
David C. Jaynes (to be admitted *pro hac vice*)
(State of California Juris No. 338917)
P. Cole von Richthofen (to be admitted *pro hac vice*)
(State of Connecticut Juris No. 444159)

1111 Summer Street, Suite 403
Stamford, CT 06905
shopkins@zlk.com
gpotrepka@zlk.com
Telephone: 203-992-4523

*Lead Counsel for Lead Plaintiff Jeffery S. Lew*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey S. Lew, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ON Semiconductor Corporation; Hassane El-Khoury; Thad Trent; and Simon Keeton,<br><br>Defendants. | No. CV-24-00594-PHX-SMB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SIMON KEETON PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

DATED this 31st day of May, 2024.

*/s/ Gary A. Gotto*
Gary A. Gotto
Liaison Counsel for Plaintiff Lew

1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Jeffery S. Lew ("Lead Plaintiff") hereby gives notice that he dismisses all claims asserted in the above captioned against defendant Simon Keeton without prejudice, with each party agreeing to bear their own costs.  Because this Notice of Voluntary Dismissal is being filed with the Court before Mr. Keeton has served either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action against Mr. Keeton is effective upon the filing of this notice.

DATED:        May 31, 2024  Respectfully submitted,

 /s/ *Gary A. Gotto*

**KELLER RORHBACK L.L.P**
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-484-0088
Lax: 602-284-2822
ggotto@kellerrohrback.com

*Local Counsel for Lead Plaintiff*
*Jeffery S. Lew and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
David C. Jaynes (to be admitted *pro hac vice*)
(State of California Juris No. 338917)

1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: djaynes@zlk.com
Email: cvrichthofen@zlk.com

*Lead Counsel for Lead Plaintiff*
*Jeffery S. Lew and the Class*