UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey S. Lew, Individually and on Behalf of All Others Similarly Situated, | **CLASS ACTION** |
| Plaintiff, | CASE NO.: 2:24-cv-00594-SMB |
| vs. | **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE** |
| ON Semiconductor Corporation; Hassane El-Khoury; and Thad Trent, | |
| Defendants. | |

This Court, having considered Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Request") and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

IT IS HEREBY ORDERED THAT Defendants' Request for Judicial Notice and Incorporation By Reference in Support of Motion to Dismiss the Amended Class Action Complaint is GRANTED.

---

[PROPOSED] ORDER GRANTING REQUEST
FOR JUDICIAL NOTICE

2:24-CV-00594-SMB