# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jeffery S Lew,

     Plaintiff,

v.

ON Semiconductor Corporation, et al.,

     Defendants.

No. CV-24-00594-PHX-SMB

**ORDER**

The Court having considered the Joint Stipulation Setting a Schedule For Defendants' Filing of a Motion to Dismiss the Second Amended Complaint and All Associated Briefing (Doc. 41) and finding good cause for adopting the proposed schedule,

**IT IS HEREBY ORDERED** that:

A. Defendants' Motion to Dismiss Amended Complaint (Doc. 37) is denied without prejudice as moot;

B. Defendants shall file a single omnibus motion to dismiss the Complaint or otherwise respond to the Complaint on or before **October 10, 2024**;

C. After the filing of any motion to dismiss, Lead Plaintiff shall file papers in opposition to any omnibus motion to dismiss on or before **November 22, 2024**.

D. Defendants' omnibus reply shall be due **December 20, 2024**.

Dated this 6th day of September, 2024.

Honorable Susan M. Brnovich
United States District Judge