UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Jeffrey S. Lew, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

ON Semiconductor Corporation; Hassane El-Khoury; and Thad Trent,

Defendants.

**CLASS ACTION**

CASE NO.: 2:24-cv-00594-SMB

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

The Court, having considered Defendants' Request for Judicial Notice in Support of Motion to Dismiss Second Amended Complaint (the "Request") and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

IT IS HEREBY ORDERED THAT Defendants' Request for Judicial Notice In Support of Motion to Dismiss Second Amended Complaint is GRANTED.