LEVI & KORSINSKY, LLP
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
David C. Jaynes (to be admitted *pro hac vice*)
(State of California Juris No. 338917)
P. Cole von Richthofen (to be admitted *pro hac vice*)
(State of Connecticut Juris No. 444159)
1111 Summer Street, Suite 403
Stamford, CT 06905
shopkins@zlk.com
gpotrepka@zlk.com
Telephone: 203-992-4523

*Lead Counsel for Lead Plaintiff Jeffery S. Lew*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery S. Lew, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ON Semiconductor Corporation; Hassane El-Khoury, Thad Trent, and Simon Keeton,<br><br>Defendants. | No. CV-24-00594-PHX-SMB<br><br>LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY |

DATED this 2nd day of January, 2025.

_____

/s/ Gary A. Gotto

Gary A. Gotto

Liaison Counsel for Plaintiff Lew

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Jeffery S. Lew ("Lead Plaintiff") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a relevant Ninth Circuit Memorandum opinion. Attached as Exhibit A is a true and correct copy of the decision of the U.S. Court of Appeals for the Ninth Circuit, *Ok. Firefighters Pension and Ret. Sys. v. Snap Inc.*, 2024 WL 5182634, at *1 (9th Cir. 2024) ("*Snap*").[1]  *Snap* was issued on December 20, 2024, and therefore was not available to Lead Plaintiff for citation when he filed his Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 45). Lead Plaintiff submits *Snap* in further support of said Opposition.

DATED:      January 2, 2025      Respectfully submitted,

   /s/ *Gary A. Gotto*

**KELLER RORHBACK L.L.P**
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-484-0088
Fax: 602-284-2822
ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiff*
*Jeffery S. Lew and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
David C. Jaynes (to be admitted *pro hac vice*)
(State of California Juris No. 338917)

---

[1] Lead Plaintiff recognizes that the purpose of a notice of supplemental authority is "to merely inform the Court of th[e cited] decision . . . ." *Doe v. Blue Cross Blue Shield of Ill.*, 492 F. Supp. 3d 970, 980 (D. Ariz. 2020) (Brnovich, J.). Should it please the Court, Lead Plaintiff is prepared to supplement this notice with explanation of *Snap*'s relevance.

P. Cole von Richthofen (to be admitted *pro hac vice*)
(State of Connecticut Juris No. 444159)

1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: djaynes@zlk.com
Email: cvrichthofen@zlk.com

*Lead Counsel for Lead Plaintiff*
*Jeffery S. Lew and the Class*