UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey S. Lew, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ON Semiconductor Corporation, Hassane El-Khoury, Thad Trent, and Simon Keeton,<br><br>Defendants. | Case No. 2:24-cv-00594-SMB<br><br>**ORDER GRANTING STIPULATION CONTINUING MOTION HEARING DATE** |

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED the hearing for oral arguments on the Motion to Dismiss [ECF No. 43], currently set for Thursday, May 22, 2025 at 10:00 a.m. [ECF No. 52], is continued to Thursday, June 12, 2025 at 10:00 a.m.