# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Philip R Hubacek, et al., | No. CV-24-00594-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| ON Semiconductor Corporation, et al., | |
| Defendants. | |

Upon the stipulation of the parties [ECF No. 53] and good cause appearing,

**IT IS HEREBY ORDERED** the hearing for oral arguments on the Motion to Dismiss [ECF No. 43], currently set for Thursday, May 22, 2025 at 10:00 a.m. [ECF No. 52], is continued to **Thursday, June 26, 2025 at 10:00 a.m.**

Dated this 1st day of May, 2025.

Honorable Susan M. Brnovich
United States District Judge