LEVI & KORSINSKY, LLP
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
David C. Jaynes (to be admitted *pro hac vice*)
(State of California Juris No. 338917)
P. Cole von Richthofen (to be admitted *pro hac vice*)
(State of Connecticut Juris No. 444159)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: 203-992-4523
shopkins@zlk.com
gpotrepka@zlk.com
djaynes@zlk.com
cvrichthofen@zlk.com

*Lead Counsel for Lead Plaintiff Jeffery S. Lew*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery S. Lew, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ON Semiconductor Corporation; Hassane El-Khoury, Thad Trent, and Simon Keeton,<br><br>Defendants. | No. CV-24-00594-PHX-SMB<br><br>LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY |

DATED this 27th day of May, 2025.

/s/ Gary A. Gotto
Gary A. Gotto
Liaison Counsel for Plaintiff Lew

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Jeffery S. Lew ("Lead Plaintiff") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a recent judicial opinion deciding a motion to dismiss and a request for judicial notice in a securities class action filed in this Circuit. Attached as Exhibit A is a true and correct copy of the Order Denying Motion to Dismiss in *In re Doximity, Inc. Sec. Litig.*, 2025 WL 1449598, at **1-2, **8-9 (N.D. Cal. May 13, 2025) ("*Doximity*"). *Doximity* was issued on May 13, 2025, and therefore was not available to Lead Plaintiff for citation when he filed his Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 45) and Memorandum of Law in Opposition to Defendants' Request for Judicial Notice (ECF No. 46). Lead Plaintiff submits *Doximity* in further support of such Oppositions.

DATED:      May 27, 2025      Respectfully submitted,

 /s/ *Gary A. Gotto*

**KELLER RORHBACK L.L.P**
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-484-0088
Fax: 602-284-2822
ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiff*
*Jeffery S. Lew and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
David C. Jaynes (to be admitted *pro hac vice*)
(State of California Juris No. 338917)
P. Cole von Richthofen (to be admitted *pro hac vice*)
(State of Connecticut Juris No. 444159)

1

1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: djaynes@zlk.com
Email: cvrichthofen@zlk.com

*Lead Counsel for Lead Plaintiff*
*Jeffery S. Lew and the Class*

2