David B. Rosenbaum (009819)
Joseph N. Roth (025725)
Allie Karpurk (037029)
OSBORN MALEDON PA
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
drosenbaum@omlaw.com
jroth@omlaw.com
akarpurk@omlaw.com

Mark R.S. Foster (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
Mark.Foster@skadden.com

[Additional Counsel on Signature Page]

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery S. Lew, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ON Semiconductor Corporation, Hassane El-Khoury and Thad Trent,<br><br>Defendants. | **CLASS ACTION**<br><br>CASE NO.: 2:24-cv-00594-SMB<br><br>**JOINT STIPULATED MOTION FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND ALL ASSOCIATED BRIEFING** |

Lead Plaintiff Jeffery S. Lew ("Lead Plaintiff") and Defendants ON Semiconductor Corporation ("onsemi"), Hassane El-Khoury, and Thad Trent ("Defendants," and with the Lead Plaintiff, "the Parties") hereby file their Joint Stipulated Motion For a Briefing Schedule For Defendants' Motion To Dismiss The Third Amended Complaint And All Associated Briefing, which the Parties respectfully submit should be approved by the Court on the following grounds:

1. On July 11, 2025, the Court granted Defendants' Motion to Dismiss the Second Amended Complaint, with leave to amend (ECF No. 62);

2. On August 11, 2025, Lead Plaintiff filed a Third Amended Complaint against onsemi, Hassane El-Khoury, and Thad Trent (ECF No. 63);

3. The Parties have conferred and agreed upon proposed deadlines below to govern the filing of Defendants' Motion to Dismiss the Third Amended Complaint and all associated briefing.

**THEREFORE,** the Parties jointly move for entry of an order providing as follows:

a. Defendants shall file their motion to dismiss the Third Amended Complaint on Thursday, September 25, 2025;

b. Lead Plaintiff shall file his Opposition on Monday, November 10, 2025; and

c. Defendants shall file their Reply on Wednesday, December 10, 2025.

The Parties have lodged a proposed order with this motion.

DATED:    August 18, 2025    Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

s/ Gary A. Gotto (with permission)
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088
Fax: 602-248-2822
ggotto@kellerrohrback.com

**LEVI & KORSINSKY LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com

*Attorneys for Lead Plaintiff*
*Jeffery S. Lew and the Proposed Class*

**OSBORN MALEDON, P.A.**

s/ David B. Rosenbaum
David B. Rosenbaum
Joseph N. Roth
Allie Karpurk
2929 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: 602-640-9000
drosenbaum@omlaw.com
jroth@omlaw.com
akarpurk@omlaw.com

**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**

Mark R.S. Foster (admitted *pro hac vice*)
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
Mark.Foster@skadden.com

*Attorneys for Defendants ON Semiconductor
Corp., Hassane El Khoury, and Thad Trent*