# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Philip R Hubacek, et al., | No. CV-24-00594-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| ON Semiconductor Corporation, et al., | |
| Defendants. | |

WHEREAS, the Court has considered the Joint Stipulated Motion for a Briefing Schedule for Defendants' Motion to Dismiss the Third Amended Complaint and All Associated Briefing (Doc. 65), and finding good cause for adopting the proposed schedule,

**IT IS HEREBY ORDERED granting** the Joint Stipulated Motion for a Briefing Schedule for Defendants' Motion to Dismiss the Third Amended Complaint and All Associated Briefing (Doc. 65)

- Defendants shall file a single omnibus motion to dismiss the Complaint or otherwise respond to the Third Amended Complaint on or before Thursday, September 25, 2025;

- After the filing of any motion to dismiss, Lead Plaintiff shall file papers in opposition to any omnibus motion to dismiss on or before Monday, November 10, 2025; and

- Defendants' omnibus reply shall be due Wednesday, December 10, 2025.

Dated this 20th day of August, 2025.

Honorable Susan M. Brnovich
United States District Judge