# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Philip R Hubacek, et al.,

          Plaintiffs,

v.

ON Semiconductor Corporation, et al.,

          Defendants.

**NO. CV-24-00594-PHX-SMB**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 23, 2026, which granted the Motion to Dismiss, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Daniel R. McAllister
District Court Executive/Clerk of Court

July 23, 2026

          s/ K. James
By   Deputy Clerk